UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

P. O. BOX 1148
SCRANTON, PA   18501

11/1/13

Levi Lapp Stoltzfoos
SCI Coal Township
1 Kelley Drive
Coal Township, PA 17866-1021

RE:    1:13-CV-2688          Stoltzfoos v. Wetzel et al
                             Honorable William W. Caldwell

Dear Sir/Madam:

Receipt is acknowledged of the document noted at the foot of this letter, subject as captioned above.

The matter has been forwarded to the Court for consideration.

Very truly yours,

GARY L. HOLLINGER, Acting Clerk of Court

By: dh
       Deputy Clerk

[ X ] Petition for Writ of Habeas Corpus          [    ] Complaint

[    ] Transfer From Other District               [    ] Other