United States District Court
Office of The Clerk
235 North Washington Avenue
P.O. Box 1148
Scranton, Pennsylvania 18501-1148

Date: October 25, 2013

In Re: Stoltzfoos v. John E. Wetzel, et al.,
   Petition For Writ of Habeas Corpus.

**FILED
SCRANTON
NOV - 6 2013
PER _____
DEPUTY CLERK**

Dear Sir/Madam:

   Please find enclosed a check in the amount of five dollars [$5.00], which is the required fee for the filing of said petition with this court.

   Since there are numerous envelopes which contain documentation pertaining to this petition, I have sent these envelopes separately, therefore, if your office has not received these envelopes as of this date, they will be at your office within a day or so since I have no control over the mailing at this facility.

   I thank you in advance for your kindest consideration in this matter.

I Remain:

_L. Stoltzfoos_
Levi Lapp Stoltzfoos
Inmate Number HR-7274
Unit G
1 Kelley Drive
Coal Township, PA 17866-1021

```
Court Name: District Court
Division: 3
Receipt Number: 333033846
Cashier ID: tscott
Transaction Date: 11/06/2013
Payer Name: SCI COAL TOWNSHIP
---------------------------------
WRIT OF HABEAS CORPUS
 For: LEVI LAPP STOLTZFOOS
 Amount:          $5.00
---------------------------------
Paper Check Conversion
 Check/Money Order Num: 136343
 Amt Tendered: $5.00
---------------------------------
Total Due:       $5.00
Total Tendered:  $5.00
Change Amt:      $0.00


Only when bank clears the check or
verifies credit of funds is the fee
or debit officially paid or
discharged. A $53.00 fee will be
charged for returned checks.
```