IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEVI LAPP STOLTZFOOS, | : |
| Petitioner | : |
| | : CIVIL NO. 1:13-CV-2688 |
| v. | : |
| | : (Judge Caldwell) |
| JOHN E. WETZEL, *et al.*, | : |
| Respondents | : |

*O R D E R*

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

This is a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 filed by Levi Lapp Stoltzfoos, an inmate at the Coal Township State Correctional Institution in Coal Township, Pennsylvania. Named as Respondents are John E. Wetzel, Secretary of the Pennsylvania Department of Corrections, and Kathleen Kane, Attorney General for the Commonwealth of Pennsylvania.

Stoltzfoos is challenging a 2008 conviction in the Court of Common Pleas of Lancaster County on fifty-eight counts of avoiding transaction-reporting requirements. Since the trial court, as well as any records, witnesses and counsel, are located within the jurisdiction of the United States District Court for the Eastern District of Pennsylvania, it would be in the interest of justice to transfer this action to the Eastern District.[1]

---

[1] This district, where Petitioner is in custody, has concurrent jurisdiction with the district where Petitioner was convicted. 28 U.S.C. § 2241(d). Section 2241(d) confers on us the discretion to transfer the case to the Eastern District in the interest of justice.

AND NOW, this 7th day of November, 2013, it is ordered that:

   1. The Clerk of Court is directed to transfer this case to the United States District Court for the Eastern District of Pennsylvania.

   2. The Clerk of Court shall close this file.

                                    /s/ William W. Caldwell
                                    William W. Caldwell
                                    United States District Judge