# APPENDIX E

IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : No. 854 MAL 2010 |
| Respondent | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| v. | : |
| LEVI LAPP STOLTZFOOS, | : |
| Petitioner | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 16th day of June 2011, the Petition for Allowance of Appeal is denied.

TRUE & CORRECT COPY
ATTEST: June 16, 2011

_____
Elizabeth Zisk, Chief Clerk

RECEIVED
JUN 20 2011
*Appeals & Legal Services Section*