# APPENDIX J

IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | No. 517 MAL 2012 |
| Respondent | |
| | Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | |
| LEVI LAPP STOLTZFOOS, | |
| Petitioner | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 31st day of October, 2012, the Petition for Allowance of Appeal is **DENIED**.

A True Copy Elizabeth E. Zisk
As Of 10/31/2012

Attest: *[signature]*
Chief Clerk
Supreme Court of Pennsylvania

RECEIVED
NOV 1 2012
Appeals & Legal
Services Section