IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEVI LAPP STOLTZFOOS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JOHN E. WETZEL, et al. | : | NO. 13-6747 |
| | : | |

O R D E R

AND NOW, this 29th day of April 2015, upon consideration of the Petition for a Writ of Habeas Corpus (Doc. No. 1), the Commonwealth's response to the Petition (Doc. No. 12), and the Commonwealth's Supplemental Memorandum (Doc. No. 19), and upon careful and independent review of the Report and Recommendation of United States Magistrate Judge Richard A. Lloret (Doc. No. 33), and noting that no objections to the Report and Recommendation have been filed, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for Writ of Habeas Corpus is DENIED with prejudice.

3. There is no probable cause to issue a certificate of appealability.

4. The Clerk of Court is directed to close this matter for statistical purposes.

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.